F:\Jld\9944c\pldgs\nof010702.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRACE OLECH and PHYLLIS S. ZIMMER, as Independent Executor of the Estate of THADDEUS F. OLECH, Decedent.  )<br>)<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>VILLAGE OF WILLOWBROOK, an Illinois  )<br>municipal corporation, GARY PRETZER,  )<br>individually and as President of Defendant  )<br>VILLAGE OF WILLOWBROOK, et. al.  )<br>)<br>Defendants.  ) | **FILED**<br>JAN - 7 2002<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT<br>NO. 97C4935<br>97 C 4935<br>Magistrate Judge Schenkier |

## NOTICE OF FILING

**TO:** Mr. John R. Wimmer, Attorney at Law, 928 Warren Avenue, Downers Grove, Illinois 60515

   PLEASE TAKE NOTICE that on the <u>7th</u> day of <u>January,</u> 2002, we filed in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, this Notice and <u>Motion for Summary Judgment, Memorandum in Support of Motion for Summary Judgment and Compendium of Exhibits (Vol. I - III),</u> of Defendants, copies of said pleadings are attached hereto and herewith served upon you.

_____
James L. DeAno
NORTON, MANCINI, WEILER & DeANO
109 North Hale, P.O. Box 846
Wheaton, Illinois 60189-0846
630/668-9440      Attorney No. 06180161

STATE OF ILLINOIS  )
                  ) SS.
COUNTY OF DUPAGE  )

### PROOF OF SERVICE

   The undersigned, on oath, states she served this notice by mailing a copy to the above-listed at the address indicated above and depositing the same in the U.S. Mail at Wheaton, Illinois, on the 7th day of January, 2002, with proper postage prepaid.

_____

Subscribed and sworn to before me
this __7th__ day of January, 2002.

_____
Notary Public

"OFFICIAL SEAL"
SANDRA J. DAVIES
Notary Public, State of Illinois
My Commission Expires 03/03/04

68

See Case File For Exhibits