AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Grace Olech, *et al.*            **JUDGMENT IN A CIVIL CASE**

v.                               Case Number: 97 C 4935

Village of Willowbrook, *et al.*

■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants, Village of Willowbrook, Philip J. Modaff and Gary Pretzer, and against plaintiffs, Grace Olech and Phyllis S. Zimmer, and Independent Executor of the Estate of Thaddeus F. Olech.

DOCKETED
NOV 06 2002

Michael W. Dobbins, Clerk of Court

Date: 11/4/2002

Janet J. Tortorici, Deputy Clerk